UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BLAKE AUSTIN DILLARD**                                   **CIVIL ACTION**

**VERSUS**                                                  **NO. 22-2757**

**RICHARD P. NEAL**                                        **SECTION: "I"(1)**

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1).

**IT IS FURTHER ORDERED** that defendant's motion to dismiss, Rec. Doc. 8, is **DENIED AS MOOT**.

New Orleans, Louisiana, this 9th day of February, 2023.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**